# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan D. Strong<br>&<br>Anita Lorraine Perry-Strong,<br>fka Anita Lorraine Perry,<br>aka Anita Lorraine Strong,<br>dba Perry-Strong Publishing<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 17-01040 RNO |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734