```
In re:                                                         Case No. 17-01040-RNO
Jonathan D. Strong                                             Chapter 13
Anita Lorraine Perry-Strong
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: TWilson        Page 1 of 2           Date Rcvd: May 09, 2017
                           Form ID: ntcnfhrg     Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
```
db/jdb         +Jonathan D. Strong,   Anita Lorraine Perry-Strong,   146 North Charles Street,
                Red Lion, PA 17356-1604
4896896         Adobe Systems, Inc.,   75 Remittance Drive, Suite 1025,   Chicago, IL 60675-1025
4896899        ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA, NA,   15000 Capital One Drive,
                Richmond, VA 23238)
4896901        +CBNA / Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
4896903        +CBNA / The Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
4896904        +Comenity Bank / NY&C,   220 West Schrock Road,   Westerville, OH 43081-2873
4896906        +Easypay / Duvera,   2701 Loker Avenue West,   Carlsbad, CA 92010-6638
4896907        +First Collect,   PO Box 102,   Lewes, DE 19958-0102
4896908        +Hamilton Law,   PO Box 90301,   Allentown, PA 18109-0301
4896911        +Mariner Finance,   8211 Town Center Drive,   Nottingham, MD 21236-5904
4896913        +Mid-Atlantic Corporative Solutions,   230 Lincoln Way East,   New Oxford, PA 17350-1213
4896914        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                Lewisville, TX 75067)
4897160        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4896924        +Wise Printing Company, Inc.,   2449 South Queen Street,   York, PA 17402-5078
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4906654        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2017 19:02:38
                Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,
                Irving, TX 75016-5028
4896897        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 09 2017 19:02:39
                Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
4899536        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2017 19:02:28
                Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
                Arlington, TX 76006-1347
4896898         E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2017 18:58:48   Capital One Bank / Kohl's,
                N56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
4896905        +E-mail/PDF: creditonebknotifications@resurgent.com May 09 2017 19:02:12   Credit One Bank, NA,
                PO Box 98875,   Las Vegas, NV 89193-8875
4896909        +E-mail/Text: cio.bncmail@irs.gov May 09 2017 18:58:50   Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
4896910         E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2017 18:59:10   Jefferson Capital Systems, LLC,
                16 Mcleland Road,   Saint Cloud, MN 56303
4896912        +E-mail/Text: bkr@cardworks.com May 09 2017 18:58:12   Merrick Bank,   PO Box 9201,
                Old Bethpage, NY 11804-9001
4908121         E-mail/PDF: cbp@onemainfinancial.com May 09 2017 19:02:27   ONEMAIN FINANCIAL,
                P.O. Box 3251,   EVANSVILLE, IN 47731-3251
4896915        +E-mail/PDF: cbp@onemainfinancial.com May 09 2017 19:02:27   OneMain Financial,
                601 NW 2nd Street,   Evansville, IN 47708-1013
4896916         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:58   PA Department of Revenue,
                Attn: Bankruptcy Division,   PO Box 280496,   Harrisburg, PA 17128-0946
4907739         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2017 18:58:58
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
4896917         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:10   Synchrony Bank / Amazon,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896918         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:25   Synchrony Bank / Ashley Furniture,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896919         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:35   Synchrony Bank / HHGregg,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896920         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:11   Synchrony Bank / JCPenney,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896921         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:35   Synchrony Bank / TJMaxx,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896922         E-mail/PDF: gecsedi@recoverycorp.com May 09 2017 19:02:36   Synchrony Bank / Walmart,
                Attn: Bankruptcy Department,   PO Box 965060,   Orlando, FL 32896-5060
4896925         E-mail/Text: kcm@yatb.com May 09 2017 18:58:13   York Adams Tax Bureau,
                1405 North Duke Street,   PO Box 15627,   York, PA 17405-0156
                                                                              TOTAL: 19
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 165028,
                Irving, TX 75016-5028
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4896900*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank USA, NA,   15000 Capital One Drive,
                Richmond, VA 23238)
4896902*       +CBNA / Best Buy,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
4910473*       +MARINER FINANCE,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, PA 21236-5904
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
4896923*          Synchrony Bank / Walmart,    Attn: Bankruptcy Department,    PO Box 965060,
                  Orlando, FL 32896-5060
```
TOTALS: 0, * 6, ## 0

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles   on behalf of Debtor Jonathan D. Strong pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Paul Donald Murphy-Ahles   on behalf of Joint Debtor Anita Lorraine Perry-Strong
               pmurphy@dplglaw.com,   kgreene@dplglaw.com;r49534@notify.bestcase.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Jonathan D. Strong | Chapter | 13 |
| Anita Lorraine Perry–Strong | | |
| aka Anita Lorraine Strong, dba Perry–Strong | Case No. | 1:17–bk–01040–RNO |
| Publishing, fka Anita Lorraine Perry | | |
| | | |
| Debtor(s) | | |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 28, 2017 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901–2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: TWilson |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 9, 2017 |