IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JONATHAN STRONG | : | |
| & | : | |
| ANITA LORRAINE PERRY-STRONG, | : | |
| | : | DOCKET NO.: 1:17-bk-01040-RNO |
| DEBTORS | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| JONATHAN STRONG | : | |
| & | : | |
| ANITA LORRAINE PERRY-STRONG, | : | |
| | : | RELATED TO DOCKET NO.: 28 |
| RESPONDENTS | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on May 16, 2017, by:

**1:17-bk-01040-RNO Notice will be electronically mailed to:**

Charles J. DeHart, III at dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com

Paul Donald Murphy at pmurphy@dplglaw.com, kgreene@dplglaw.com, 49534@notify.bestcase.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt at bkgroup@kmllawgroup.com

**1:17-bk-01040-RNO Notice will not be electronically mailed to:**

Capital One Auto Finance
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX  75016

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  May 18, 2017

                                          Respectfully submitted by,


By:    /s/ Joseph J. Swartz
           Counsel
           PA Department of Revenue
           Office of Chief Counsel
           P.O. Box 281061
           Harrisburg, PA 17128-1061
           PA Attorney I.D.:  309233
           Phone: (717) 346-4645
           Facsimile: (717) 772-1459
           JoseSwartz@pa.gov