# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jonathan D. Strong  
Anita Lorraine Perry-Strong  
    **Debtor(s)**

**Chapter** 13

**Case No.** 1:17-BK-01040-RNO

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) in the above-referenced matter request a change of mailing address for Capital One Auto Finance:

| **FROM** | **TO** |
|---|---|
| Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX 75093-7864 | Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 |

| | |
|---|---|
| Date: July 3, 2017 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |