UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: JONATHAN STRONG<br>ANITH LORRAINE PERRY-STRONG<br>          Debtors<br><br>OneMain Financial, Inc. as Servicer for<br>Springleaf Funding Trust 2016-A fka<br>Springleaf Financial Services of PA, Inc.<br><br>          Movant<br> v.<br><br>Jonathan Strong<br>Anita Lorraine Perry-Strong<br>          Respondents | BANKRUPTCY CASE<br><br>NO.: 17-01040<br><br><br><br>CHAPTER 13 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this ____ day of _____, 2017, upon consideration of the Motion of OneMain Financial of Pennsylvania, Inc., as servicer for Springleaf Funding Trust 2016–A fka Springleaf Financial Services of Pennsylvania, Inc. ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to commence and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to foreclose or repossess that certain 2007 Ford F150, VIN 1FTRF12217NA00998, upon which Movant has a security interest.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.