```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01040-RNO
Jonathan D. Strong                                                  Chapter 13
Anita Lorraine Perry-Strong
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson            Page 1 of 1           Date Rcvd: Aug 09, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
db/jdb         +Jonathan D. Strong,   Anita Lorraine Perry-Strong,   146 North Charles Street,
                Red Lion, PA 17356-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Paul Donald Murphy-Ahles    on behalf of Debtor Jonathan D. Strong pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Anita Lorraine Perry-Strong
               pmurphy@dplglaw.com,    kgreene@dplglaw.com;r49534@notify.bestcase.com
              Peter E Meltzer    on behalf of Creditor    ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.
               bankruptcy@wglaw.com,   state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anita Lorraine Perry-Strong fka Anita Lorraine Perry, aka Anita Lorraine Strong, dba Perry-Strong Publishing<br>Jonathan D. Strong<br>   Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC<br>   Movant<br>  vs. | NO. 17-01040 RNO |
| Anita Lorraine Perry-Strong fka Anita Lorraine Perry, aka Anita Lorraine Strong, dba Perry-Strong Publishing<br>Jonathan D. Strong<br>   Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>   Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 146 N Charles St, Red Lion, Pa 17356 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: August 9, 2017