```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-01040-RNO
Jonathan D. Strong                                                        Chapter 13
Anita Lorraine Perry-Strong
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson           Page 1 of 1          Date Rcvd: Aug 11, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db/jdb        +Jonathan D. Strong,   Anita Lorraine Perry-Strong,   146 North Charles Street,
                Red Lion, PA 17356-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Paul Donald Murphy-Ahles    on behalf of Debtor Jonathan D. Strong pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Anita Lorraine Perry-Strong
               pmurphy@dplglaw.com,    kgreene@dplglaw.com;r49534@notify.bestcase.com
              Peter E Meltzer    on behalf of Creditor    ONEMAIN FINANCIAL OF PENNSYLVANIA, INC.
               bankruptcy@wglaw.com,    state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

| | |
|---|---|
| In re: JONATHAN STRONG <br> ANITH LORRAINE PERRY-STRONG <br>          **Debtors** <br><br> OneMain Financial, Inc. as Servicer for <br> Springleaf Funding Trust 2016-A fka <br> Springleaf Financial Services of PA, Inc. <br>          **Movant** <br>  v. <br><br> Jonathan Strong <br> Anita Lorraine Perry-Strong <br>          **Respondents** | BANKRUPTCY CASE <br><br> NO.: 17-01040 <br><br><br><br> CHAPTER 13 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon consideration of the Motion of OneMain Financial of Pennsylvania, Inc., as servicer for Springleaf Funding Trust 2016–A fka Springleaf Financial Services of Pennsylvania, Inc. ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to commence and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction to foreclose or repossess that certain 2007 Ford F150, VIN 1FTRF12217NA00998, upon which Movant has a security interest.

By the Court,

Dated: August 11, 2017

*Robert N. Opel, II*, Chief Bankruptcy Judge
(DG)