# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Jonathan D. Strong
Anita Lorraine Perry-Strong
f/k/a Anita Lorraine Perry
a/k/a Anita Lorraine Strong
d/b/a Perry-Strong Publishing
      **Debtor(s)**

**Chapter** 13

**Case No.** 1:17-BK-01040-RNO

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM | TO |
|---|---|
| Jonathan D. Strong<br>Anita Lorraine Perry-Strong<br>146 North Charles Street<br>Red Lion, PA 17356 | Jonathan D. Strong<br>Anita Lorraine Perry-Strong<br>1 Camp Street<br>Ellenville, NY 12428 |

Date: October 8, 2018

Movant's Name, Address, Phone Number:
Paul D. Murphy-Ahles, Esquire
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com