**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jonathan D. Strong<br>**Debtor 1**<br>Anita Lorraine Perry-Strong<br>f/k/a Anita Lorraine Perry<br>a/k/a Anita Lorraine Strong<br>d/b/a Perry-Strong Publishing<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:17-BK-01040-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| Jonathan D. Strong<br>Anita Lorraine Perry-Strong<br>1 Camp Street<br>Ellenville, NY 12428 | Jonathan D. Strong<br>Anita Lorraine Perry-Strong<br>1319 Old Ford Road<br>New Paltz, NY 12561 |

Date: April 20, 2021

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*