United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Jonathan D. Strong
Anita Lorraine Perry-Strong
    Debtors

Case No. 17-01040-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: May 26, 2022      Form ID: 3180W      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan D. Strong, Anita Lorraine Perry-Strong, 1319 Old Ford Road, New Paltz, NY 12561-2648 |
| 4896896 | | Adobe Systems, Inc., 75 Remittance Drive, Suite 1025, Chicago, IL 60675-1025 |
| 4896898 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 4896907 | + | First Collect, PO Box 102, Lewes, DE 19958-0102 |
| 4896908 | + | Hamilton Law, PO Box 90301, Allentown, PA 18109-0301 |
| 4896913 | + | Mid-Atlantic Corporative Solutions, 230 Lincoln Way East, New Oxford, PA 17350-1213 |
| 4896924 | + | Wise Printing Company, Inc., 2449 South Queen Street, York, PA 17402-5078 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 26 2022 22:38:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: AGFINANCE.COM | May 26 2022 22:38:00 | ONEMAIN FINANCIAL OF PENNSYLVANIA, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4896899 | | EDI: CAPITALONE.COM | May 26 2022 22:38:00 | Capital One Bank USA, NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 4896901 | + | EDI: CITICORP.COM | May 26 2022 22:38:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 4896903 | + | EDI: CITICORP.COM | May 26 2022 22:38:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4906654 | + | EDI: AISACG.COM | May 26 2022 22:38:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, f/k/a AIS Data Services d/b/a/, Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4896897 | | EDI: CAPONEAUTO.COM | May 26 2022 22:38:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 4899536 | + | EDI: AISACG.COM | May 26 2022 22:38:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 4941530 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 18:44:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4896904 | + | EDI: WFNNB.COM | May 26 2022 22:38:00 | Comenity Bank / NY&C, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 4896905 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2022 18:44:54 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4896906 | + | Email/Text: operationsclerk@easypayfinance.com | May 26 2022 18:37:00 | Easypay / Duvera, 2701 Loker Avenue West, |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Carlsbad, CA 92010-6638 |
| 4896909 | + | EDI: IRS.COM | May 26 2022 22:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4896910 | | EDI: JEFFERSONCAP.COM | May 26 2022 22:38:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 4929167 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 18:44:54 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4922722 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 18:45:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4896911 | + | Email/Text: bankruptcy@marinerfinance.com | May 26 2022 18:37:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4896912 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 18:44:59 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4936446 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 18:37:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4896914 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 18:37:00 | Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 4952320 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 18:37:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 4908121 | | EDI: AGFINANCE.COM | May 26 2022 22:38:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4896915 | + | EDI: AGFINANCE.COM | May 26 2022 22:38:00 | OneMain Financial, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 4896916 | | EDI: PENNDEPTREV | May 26 2022 22:38:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 4896916 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 18:37:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 4949135 | | EDI: PRA.COM | May 26 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4897160 | + | EDI: RECOVERYCORP.COM | May 26 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4907739 | | EDI: PENNDEPTREV | May 26 2022 22:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4907739 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 4927178 | | EDI: Q3G.COM | May 26 2022 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4896917 | | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4896918 | | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / Ashley Furniture, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4896919 | | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 4896920 | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / JCPenney, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4896921 | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / TJMaxx, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4896922 | EDI: RMSC.COM | May 26 2022 22:38:00 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4896925 | Email/Text: kcm@yatb.com | May 26 2022 18:37:00 | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4896900 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA, NA, 15000 Capital One Drive, Richmond, VA 23238 |
| 4896902 | *+ | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 4910473 | *+ | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 4896923 | * | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| Joseph J. Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jonathan D. Strong pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Anita Lorraine Perry-Strong pmurphy@dplglaw.com kgreene@dplglaw.com |
| Peter E Meltzer | on behalf of Creditor ONEMAIN FINANCIAL OF PENNSYLVANIA INC. bankruptcy@wglaw.com, ibernatski@wglaw.com |

United States Trustee   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jonathan D. Strong<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5971<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Anita Lorraine Perry–Strong<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5962<br>EIN   __-_____ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    1:17–bk–01040–HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jonathan D. Strong

Anita Lorraine Perry–Strong
aka Anita Lorraine Strong, dba Perry–Strong Publishing, fka Anita Lorraine Perry

5/26/22

**By the court:**

*/s/ Henry W. Van Eck/*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　page 2