United States Bankruptcy Court
Middle District of Pennsylvania

In re:   Case No. 17-01040-HWV
Jonathan D. Strong   Chapter 13
Anita Lorraine Perry-Strong
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1   User: AutoDocke   Page 1 of 2
Date Rcvd: Jun 30, 2022   Form ID: fnldec   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +   Jonathan D. Strong, Anita Lorraine Perry-Strong, 1319 Old Ford Road, New Paltz, NY 12561-2648

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

**Name**     **Email Address**

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

Joseph J. Swartz
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Jonathan D. Strong pmurphy@dplglaw.com kgreene@dplglaw.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 2 Anita Lorraine Perry-Strong pmurphy@dplglaw.com kgreene@dplglaw.com

Peter E Meltzer
    on behalf of Creditor ONEMAIN FINANCIAL OF PENNSYLVANIA INC. bankruptcy@wglaw.com, ibernatski@wglaw.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jonathan D. Strong, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17−bk−01040−HWV |
| Anita Lorraine Perry−Strong, aka Anita Lorraine Strong, dba Perry−Strong Publishing, fka Anita Lorraine Perry, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−5971    xxx−xx−5962

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 30, 2022

**fnldec** (01/22)